United States Bankruptcy Court
Central District of California

Miller, Chapter 7 Trustee,
Plaintiff

Adv. Proc. No. 23-01157-VZ

Beckham,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: Jul 10, 2025 Form ID: pdf031 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Elissa D. Miller, Chapter 7 Trustee, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |
| md | + | Leslie Cohen, LESLIE COHEN LAW PC, 1615-A Montana Avenue, Santa Monica, CA 90403-1807 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | AMG Management, LLC |
| dft | | AMG Management, LLC |
| dft | | Robert Beckham |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elissa Miller (TR) | millertrustee@gmlaw.com MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com |
| Jeffrey Garfinkle | on behalf of Interested Party AMG Management LLC jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com |
| Jeffrey Garfinkle | |

| | |
|---|---|
| | on behalf of Defendant Robert Beckham jgarfinkle@buchalter.com docket@buchalter.com;lverstegen@buchalter.com |
| Jeffrey Garfinkle | on behalf of Defendant AMG Management LLC jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com |
| Robyn B Sokol | on behalf of Trustee Elissa Miller (TR) rsokol@leechtishman.com rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com;nmeyers@leechtishman.com |
| Robyn B Sokol | on behalf of Plaintiff Elissa D. Miller Chapter 7 Trustee rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com;dmulvaney@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com;nmeyers@leechtishman.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 7

ROBYN B. SOKOL – State Bar No. 159506
**LEECH TISHMAN NELSON HARDIMAN, INC.**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (424) 738-4400
Facsimile: (424) 738-5080
Email: rsokol@leechtishman.com

Attorneys for Elissa D. Miller, Chapter 7 Trustee

FILED & ENTERED

JUL 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>WEED CELLARS, INC.,<br><br>Debtor. | Case No. 2:21-bk-18868-VZ<br><br>Chapter 7 |
| ELISSA D. MILLER, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BECKHAM, an individual; AMG MANAGEMENT, LLC, a Tennessee Limited Liability Company<br><br>Defendants. | Adv. Case No. 2:23-ap-01157-VZ<br><br>**ORDER APPROVING STIPULATION TO**<br><br>**(1) DISMISS MOTIONS FOR SUMMARY JUDGMENT (docket # 71, 75); AND**<br><br>**(2) DISMISSING ADVERSARY PROCEEDING PURSUANT TO RULE 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>**[Dismissal Pursuant to Stipulation – Adv. Dkt. No. 123]**<br><br>Pre-Trial Conference: June 12, 2025<br>Time: 11:00 a.m.<br>Ctrm: 1368<br>Location: U.S. Bankruptcy Court<br>255 Temple Street<br>Los Angeles, CA 90012 |

This Court considered that certain *Stipulation to Dismiss Adversary Proceeding Pursuant to Rule 7041 of The Federal Rules of Bankruptcy Procedure* ("**Stipulation,**" docket #123) and good cause appearing, **IT IS ORDERED:**

1) The Stipulation is approved;

2) The two motions for summary judgment and sanctions, filed by Robert Beckham and AMG Management, LLC, a Tennessee Limited Liability Company [Adv. Docket Nos. 71, 75] are dismissed with prejudice; and

3) The above-referenced adversary proceeding is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(ii), made applicable hereby by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

###

Date: July 10, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge